FILED

SEP 8 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| CHAD EICHENBERGER,<br><br>　　　　Plaintiff-Appellant,<br><br>　v.<br><br>ESPN, INC., a Delaware corporation,<br><br>　　　　Defendant-Appellee. | No. 15-35449<br><br>D.C. No. 2:14-cv-00463-TSZ<br>Western District of Washington,<br>Seattle<br><br>ORDER |

The parties are ordered to file, within 14 days of the filing date of this order, simultaneous letter briefs not longer than 15 pages discussing whether Plaintiff has standing in light of the Supreme Court's decision in <u>Spokeo, Inc. v. Robins</u>, 136 S. Ct. 1540 (2016), and this court's decision on remand, <u>Robins v. Spokeo, Inc.</u>, No. 11-56843, 2017 WL 3480695 (9th Cir. Aug. 15, 2017).

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Wendy Lam
Deputy Clerk
Ninth Circuit Rule 27-7